1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA
4  Assistant U. S. Attorney
   California Bar No. 187176
5      Room 7516, Federal Building
       300 North Los Angeles Street
6      Los Angeles, California  90012
       Telephone:  (213) 894-6117
7      Facsimile:   (213) 894-7819
       sharla.cerra@usdoj.gov
8
   Attorneys for Defendants Gonzales, Chertoff, Arellano, and USCIS
9
                UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
11
   SANJA PUDAR,                    ) CASE NO. CV 05-8260 RGK
12                                 )
       Plaintiff,                  ) **STIPULATION TO DISMISS CASE;**
13                                 )
   vs.                             ) **ORDER THEREON**
14                                 )
   ALBERTO R. GONZALES, et al.,    )
15                                 )
       Defendants.                 )
16 _____)

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2006
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority ✓
Send      ___
Enter     ___
Closed    ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

DOCKETED ON CM
JAN 20 2006
BY

13

Plaintiff Sanja Pudar and defendants Gonzalez, Chertoff, Arellano, and United States Citizenship and Immigration Services hereby stipulate to dismiss this case without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATE: 1-13-06

KORENBERG & ABRAMOWITZ

_____
MARC J. WIGUL
Attorneys for Plaintiff

DATE: 1-13-06

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
SHARLA CERRA
Assistant United States Attorney
Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that the case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATE: JAN 19 2006

_____
R. GARY KLAUSNER
United States District Judge

2